Argued and submitted August 25, remanded for
resentencing September 15, appellant's reconsideration
denied October 23, respondent's reconsideration allowed,
former opinion modified (48 Or App 961, 630 P2d 867)
October 27, appellant's petition for review
denied November 10, 1980 (290 Or 149)

## STATE OF OREGON,
*Respondent,*

*v.*

## RICHARD RAMOS MEJIA,
*Appellant.*

(No. J79-2974, CA 17243)

616 P2d 497

Marianne Bottini, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Gary D. Babcock, Public Defender, Salem.

Margaret Frank, Certified Law Student, Salem, argued the cause for respondent. With her on the brief were James M. Brown, Attorney General, John R. McCulloch, Jr., Solicitor General, and William F. Gary, Deputy Solicitor General, Salem.

Before Gillette, Presiding Judge, and Roberts and Campbell, Judges.

PER CURIAM.

**PER CURIAM.**

In this appeal, defendant challenges the sufficiency of the evidence to support his conviction for Robbery in the First Degree and Robbery in the Second Degree. There was sufficient evidence. *See State v. Krummacher,* 269 Or 125, 523 P2d 1009 (1974).

The state does acknowledge, however, that "[i]n light of *State v. Perkins,* 45 Or App 91, 607 P2d 1202 (1980), decided one day prior to the entry of

defendant's judgments of conviction [in the present case], * * * the defendant participated in only one robbery."

Remanded for resentencing.